**AGF MARINE AVIATION TRANSPORT, Plaintiff–Appellant,**

**Hai Van VO, Kahn Vo, Intervenor–Plaintiffs–Appellants,**

v.

**LAFORCE SHIPYARD, INC., Defendant-Intervenor-Defendant-Cross-Claimant-Cross-Defendant-Appellee,**

D's Electrical Contracting, Inc., Defendant–Intervenor–Defendant-Cross-Defendant-Cross-Claimant-Appellee,

Schneider Electric, Defendant-Intervenor-Defendant-Cross-Defendant,

Square D Company, Inc., Defendant-Intervenor-Defendant-Cross-Claimant-Cross-Defendant,

S.E.E., Inc., Defendant–Intervenor–Defendant.

No. 04–14577.
Non–Argument Calendar
D.C. Docket No. 02–00834–CV–CG–L.

United States Court of Appeals,
Eleventh Circuit.

May 18, 2005.

Blane Horton Crutchfield, Hand, Arendall, LLC, Mobile, AL, for Plaintiff–Appellant.

Blane Horton Crutchfield, Hand, Arendall, LLC, Abram L. Philips, Jr., Bowron, Latta & Wasden, P.C., Mobile, AL, Frank A. Piccolo, Preis, Kraft & Roy, New Orleans, LA, for Intervenor–Plaintiffs–Appellants.

Kathryn M. Cigelske, Lyons, Pipes & Cook, Mobile, AL, for Defendant-Intervenor-Defendant-Cross-Claimant-Cross-Defendant-Appellee.

Thomas S. Rue, Johnstone, Adams, Bailey, Gordon & Harris, L.L.C., Allen Eugene Graham, Lyons, Pipes & Cook, P.C., Rick Andrew La Trace, Johnstone Adams, Mobile, AL, for Defendant–Intervenor–Defendant-Cross-Defendant-Cross-Claimant-Appellee.

Before BIRCH, BARKETT and GODBOLD, Circuit Judges.

PER CURIAM.

This appeal of the district court's August 3, 2004 summary judgment order is proceeding pursuant to an order of this court entered on December 8, 2004.

The central question in this case is who is responsible for a fire that destroyed a recently constructed shrimp boat. We have carefully reviewed the massive briefs in this complex dispute. We find no error in the district court's exclusion of untimely expert materials under the Federal Rules of Civil Procedure. Because there is no evidence establishing that the fire is the result of D's Electrical Contracting, Inc.'s negligence, we hold that the district court properly granted summary judgment.

AFFIRMED.